UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **MARGARITA STEELE** | § | CIVIL ACTION NO. |
| | § | |
| *Plaintiff,* | § | 1:22-CV-454 |
| | § | |
| v. | § | |
| | § | |
| | § | |
| **GENERAL MOTORS LLC** | § | |
| *Defendants.* | § | |

**NOTICE OF SETTLELMENT**

To the honorable United States District Court Judge:

    COMES NOW Defendant, General Motors LLC, ("Defendant") and hereby notifies the Court that the parties have reached a settlement in this matter. Upon completion of the settlement, the parties will submit appropriate dismissal documents.

    Respectfully submitted,

**Beatty Navarre Strama PC**
901 South Mopac Expressway
Building 1, Suite 200
Austin, TX 78746
(512) 879-5050
(512) 879-5040 (FAX)

By: _____*/s/ Matthew R. Beatty*_____
    Matthew R. Beatty
    State Bar No. 24001169
    mbeatty@bnsfirm.com

**ATTORNEY FOR DEFENDANT
GENERAL MOTORS LLC**

**CERTIFICATE OF SERVICE**

    I do hereby certify that I have on this 7th day of September 2022 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                              */s/ Matthew R. Beatty*
                                              Matthew R. Beatty